OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES
ZIP 78701 $ 000.26⁵
02 1W
0001401623 MAY. 08. 2015

5/6/2015
Nguyen, Ky Cao     Tr. Ct. No. C-4-010402-0808407-C          WR-54,928-03
The Court has dismissed without written order this subsequent application for a writ of habeas corpus. TEX. CODE CRIM. PROC. Art. 11.07, Sec. 4(a)-(c).

Abel Acosta, Clerk

KY CAO NGUYEN
2803 ATRIUM DR
GRAND PRAIRIE, TX 75052

IEBN3B 75052